IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALEXI VALENTIN RUIZ-BOWERS,

    Plaintiff,

v.

WISCONSIN DANE COUNTY JAIL,

    Defendant.

ORDER

Case No. 17-cv-571-jdp

    Plaintiff Alexi Valentin Ruiz-Bowers has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

    For this case to proceed, plaintiff must submit the certified trust fund account statement no later than August 16, 2017. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

    IT IS ORDERED that plaintiff Alexi Valentin Ruiz-Bowers may have until August 16, 2017 to submit a trust fund account statement for the period beginning approximately January 24, 2017 and ending approximately July 24, 2017. If, by August 16, 2017, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action

voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 25th day of July, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge