IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALEXI VALENTIN RUIZ-BOWERS,

                Plaintiff,

  v.

DANE COUNTY,

                Defendant.

ORDER

17-cv-571-jdp

---

      Pro se plaintiff Alexi Valentin Ruiz-Bowers, a former inmate at the Dane County Jail, is proceeding on an Eighth Amendment conditions-of-confinement claim against defendant Dane County concerning unsafe drinking water available in the jail. The county has moved for summary judgment for failure to exhaust administrative remedies. Dkt. 18. Ruiz-Bowers has not responded to the county's motion. This calls into question whether Ruiz-Bowers wants to continue with the lawsuit.

      Before I dismiss the case with prejudice for Ruiz-Bowers's failure to prosecute it, I will give Ruiz-Bowers a short time to explain whether he still wishes to prosecute this lawsuit. If he does, he will have the same deadline to (1) show cause why he was not able to submit a timely response to the county's summary judgment motion; and (2) submit a brief, affidavits, and exhibits opposing the county's motion.

ORDER

IT IS ORDERED that plaintiff Alexi Valentin Ruiz-Bowers may have until May 29, 2018, to respond to this order as discussed in the opinion above.

Entered May 15, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge