IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALEXI RUIZ-BOWERS,

    Plaintiff,

v.

DANE COUNTY.

    Defendant.

ORDER

Case No. 17-cv-571-wmc

Plaintiff Alexi Ruiz-Bowers is proceeding in this lawsuit on a condition of confinement claim against defendant related to the drinking water at Dane County Jail. On February 23, 2018, defendant filed a motion for summary judgment, to which plaintiff failed to respond by the March 16th deadline. As a result, the court entered an order giving plaintiff until May 29, 2018, to show cause why he did not submit a timely response to defendant's motion and to respond substantially to defendant's motion for summary judgment, warning him that his lawsuit would be dismissed with prejudice if he did not respond. (Dkt. #23.)

The court having received no response from plaintiff by the May 29, 2018, or since, this case will now be dismissed with prejudice for failure to prosecute. *See James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005).

ORDER

IT IS ORDERED that plaintiff Alexi Ruiz-Bowers' claim DISMISSED WITH PREJUDICE for failure to prosecute. The clerk of court is directed to enter judgment for defendant and close this case.

Entered this 19th day of June, 2018.

BY THE COURT:

/s/
WILLIAM M. CONLEY
District Judge